# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 17, 2021

## NO. 03-21-00014-CV

**E. N., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES BAKER, KELLY, AND SMITH
## AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on December 28, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.